■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGUS GRODEN, Appellant, v. PETER PREISER, as Commissioner of New York State Department of Correctional Service, Respondent.— Order of the Supreme Court, Dutchess County, dated December 4, 1973, affirmed, without costs. We do not approve the holding in *People ex rel. Rask* v. *Warden of Penitentiary of City of N. Y., Rikers Is.* (62 Misc 2d 266). Gulotta, P. J., Hopkins, Martuscello, Latham and Christ, JJ., concur.